IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | Case No. 20-CR-30102-NJR |
| ) | |
| JAMES R. SEARS,  ) | |
| ) | |
| Defendant.  ) | |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiff, the United States of America, has manually filed the following document or item:

**Exhibit 2 to Document 64, Government's Sentencing Memorandum**

This document has not been filed electronically because:

x    The document or item cannot be converted to an electronic format

☐    The electronic file size of the document exceeds 20 pages (Electronic Filing Rule 5)

☐    The document or item is filed under seal (*Electronic Filing Rule 6*)

☐    [Plaintiff/Defendant] is excused from filing this document or item by court order.

☐    Other_____.

The document or item has been manually served on all parties.

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

*s/Alexandria M. Burns*
ALEXANDRIA M. BURNS
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700
E-mail: Alexandria.Burns@usdoj.gov